

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00235-CR

Alexander **VOTION**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-10529
Honorable Joel Perez, Judge Presiding

Opinion by:    Rebeca C. Martinez, Chief Justice

Sitting:    Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

Delivered and Filed: May 7, 2025

AFFIRMED; MOTION TO WITHDRAW GRANTED

Appellant Alexander Votion was convicted by a jury of continuous sexual abuse of a child, a first-degree felony, and the jury assessed punishment at thirty years' imprisonment. *See* TEX. PENAL CODE ANN. § 21.02. The trial court signed a judgment of conviction and sentence in accordance with the jury's verdict. Appellant now appeals.

Appellant's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967), and requested permission

to withdraw. Counsel concludes that this appeal is wholly frivolous and without merit. Counsel provided appellant with a copy of the brief and informed appellant of his right to review the record and to file his own brief. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *see also Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.) (per curiam); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). This court notified appellant of the deadline to file a pro se brief; however, appellant did not file a brief.

After reviewing the record and counsel's brief, we conclude there is no reversible error and agree with counsel that the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Accordingly, the judgment of the trial court is affirmed, and appellate counsel's motion to withdraw is granted.[1] *See Nichols*, 954 S.W.2d at 86 (explaining that after the procedural requirements of *Anders* are satisfied and the court has independently reviewed the record, the court will grant the motion to withdraw and either dispose of the appeal if found frivolous or abate and remand the appeal if found non-frivolous); *Bruns*, 924 S.W.2d at 177 n.1 (explaining that if after independent review, the court finds arguable legal points, the appeal will be abated for the trial court and new counsel is appointed if individual is indigent).

Rebeca C. Martinez, Chief Justice

DO NOT PUBLISH

---

[1] No substitute counsel will be appointed. Should appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or must file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Court of Criminal Appeals, *see id*. R. 68.3, and any such petition must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id*. R. 68.4.